Trent J. Waddoups - (Bar No. 7657)
CARR & WADDOUPS
ATTORNEYS AT LAW, L.L.C.

8 East Broadway, Suite 609
Salt Lake City, Utah   84111

Telephone:  (801) 363-0888
Fax:  (801) 363-8512
Email: trent@cw-law.net

*Attorneys for Defendant Olivet University*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| AVT NEW YORK, L.P., a Utah limited partnership, | NOTICE OF APPEARANCE OF COUNSEL |
| Plaintiff, | |
| vs. | Civil No.  2:18-cv-00782-JNP-DAO |
| OLIVET UNIVERSITY, a California corporation, | Judge Jill N. Parrish<br>Magistrate Judge Oberg |
| Defendant. | |

To the Court and All Parties of Record:

PLEASE TAKE NOTICE that Trent J. Waddoups of the law firm of CARR & WADDOUPS is appearing as counsel for Defendant Olivet University in the above-captioned matter pursuant to DUCivR 83-1.3(a), (b) and the Court's Order DATED September 23, 2021.  (Doc. 124.)  Defendant requests that any and all matters which may arise in this case relating to the pending

motion for contempt sanctions and other collection activities be directed to the undersigned counsel and that any and all pleadings and other documents required to be served upon Defendant pursuant to Fed. R. Civ. P. 5 be directed instead to legal counsel.

DATED this  14th  day of October, 2021.

                                  CARR & WADDOUPS

                                  /s/ Trent J. Waddoups
                                  TRENT J. WADDOUPS
                                  *Attorneys for Defendant Olivet University*

## MAILING CERTIFICATE

I HEREBY CERTIFY that I caused a true and correct copy of the above and foregoing NOTICE OF APPEARANCE OF COUNSEL FOR **Olivet University** to be mailed, emailed or delivered via the court's electronic filing system to the following:

        Jason A. McNeill
        MCNEILL | VON MAACK
        175 S. Main St., Suite 1050
        Salt Lake City, Utah   84111

DATED this  14th  day of October, 2021.

                                  CARR & WADDOUPS

                                  /s/ Trent J. Waddoups
                                  TRENT J. WADDOUPS