Kennedy D. Nate (14266)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, UT 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
knate@rqn.com

*Attorney for Plaintiff AVT-New York, L.P.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AVT – NEW YORK, L.P., a Utah limited partnership,<br><br>Plaintiff,<br>v.<br><br>OLIVET UNIVERSITY, a California corporation,<br><br>Defendant. | **NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST TO BE REMOVED FROM SERVICE LIST**<br><br>Case No. 2:18-cv-00782-JNP-DAO<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

Please take notice that Kennedy D. Nate hereby withdraws as counsel on behalf of Plaintiff AVT-New York, L.P. and requests to be removed from the Court's service list with respect to this case. Plaintiff will continue to be represented by Jason A. McNeill, Eric K. Schnibbe, B. Scott Allen, and the law firm of McNeill Von Maack.

DATED this 12th day of May, 2022.

 RAY QUINNEY & NEBEKER P.C.

 */s/ Kennedy D. Nate*
 Kennedy D. Nate

 *Attorney for Plaintiff AVT-New York, L.P.*

1603609